IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WESLEY S. SMITH                                                                PETITIONER

v.                           NO. 2:20-cv-00227 KGB-PSH

DEWAYNE HENDRIX                                                          RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Wesley S. Smith ("Smith") began the case at bar by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five dollar filing fee or an application to proceed in forma pauperis. He was notified of his oversight and given up to, and including, December 31, 2020, to correct the oversight by either paying the filing fee or filing an application to proceed in forma pauperis.[1] He was cautioned that in the event he failed to either pay the filing fee or file an application to proceed in forma pauperis by December 31, 2020, it would be recommended that this case be dismissed without prejudice.[2]

December 31, 2020, has now come and gone, and Smith has neither paid the filing fee nor filed an application to proceed in forma pauperis. Given Smith's failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent Dewayne Hendrix.

---

[1]   On November 30, 2020, the Clerk of the Court sent Smith the documents necessary to file an application to proceed in forma pauperis.

[2]   Smith was also notified of his obligation to comply with, inter alia, Local Rule 5.5(c)(2), which provides, in part, that if "any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

DATED this 7th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE