IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WESLEY S. SMITH**                                                                                         **PETITIONER**
Reg #34701-001

v.                            Case No: 2:20-cv-00227 KGB-PSH

**DEWAYNE HENDRIX**                                                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Petitioner Wesley S. Smith has not objected to the Findings and Recommendation, and the time for doing so has passed. After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Smith's petition (Dkt. No. 1). His request for relief is denied.

So ordered this 13th day of January, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge