IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WESLEY S. SMITH**                                                                                       **PETITIONER**
Reg #34701-001

v.                                    Case No: 2:20-cv-00227 KGB-PSH

**DEWAYNE HENDRIX**                                                                                    **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Wesley S. Smith's petition is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this 13th of January, 2023.

_____
Kristine G. Baker
United States District Judge